```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 02559
    ELNORA CHAPPELL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4221

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/22/2004 and was confirmed 04/07/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED            7580.00       2721.46       7580.00
CITY OF CHICAGO WATER DE   SECURED             400.00          .00         394.97
WASHINGTON MUTUAL          CURRENT MORTG    38353.60          .00       38353.60
WASHINGTON MUTUAL          MORTGAGE ARRE     4851.82          .00        4851.82
CLIENT SERVICES            UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00            .00
FAIRVIEW SOUTHDALE HOSPI   UNSECURED        NOT FILED         .00            .00
GMAC                       UNSECURED        NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         1117.64          .00          68.81
PEOPLES GAS LIGHT & COKE   UNSECURED              .00         .00            .00
PRIMECO                    UNSECURED        NOT FILED         .00            .00
SERVICE MERCHANDISE        UNSECURED        NOT FILED         .00            .00
TARGET                     FILED LATE         326.42          .00            .00
TCI OF ILLINOIS            UNSECURED        NOT FILED         .00            .00
CAPITAL ONE AUTO FINANCE   NOTICE ONLY     NOT FILED         .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         4531.12          .00         278.96
THOMAS HOLSTEIN            ATTORNEY           600.00          .00         600.00
CITY OF CHICAGO WATER DE   SECURED NOT I        .00           .00            .00
LEHMAN & FOX               DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                       3,161.48
DEBTOR REFUND              REFUND                                            5.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            58,016.10

PRIORITY                                         .00
SECURED                                    51,180.39
   INTEREST                                 2,721.46
UNSECURED                                     347.77

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 02559 ELNORA CHAPPELL
```

```
ADMINISTRATIVE                                              600.00
TRUSTEE COMPENSATION                                      3,161.48
DEBTOR REFUND                                                 5.00
                               ---------------      ---------------
TOTALS                               58,016.10            58,016.10
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/28/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE